In the Matter of the Presentment by the Grand Jury for the Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of the City of New York, County of Kings, of Charges of Alleged Professional Misconduct, Fraud, Deceit, Crime and Misdemeanor, and Conduct Prejudicial to the Administration of Justice against FRANCIS A. MADDEN, an Attorney and Counselor at Law.— An examination of the record in this proceeding, including documentary proof, compellingly requires that the report of the learned official referee, stating

that the charges against respondent were proved and recommending his disbarment, should be confirmed. It is accordingly ordered that respondent be disbarred from the practice of the law. Motion to confirm report of official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.